

**LAW OFFICES OF**
**STEVEN J. QUESTORE, P.C.**
350 BROADWAY, SUITE 1207
NEW YORK, NY 10013

TELEPHONE: (212) 431-3322
FACSIMILE: (212) 965-9375

September 11, 2007

Honorable Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

07 CR 851

VIA FACSIMILE

**MEMO ENDORSED**

Re: United States v. Henry A. Garcia
07 MAG 1272

Dear Judge Berman:

    I am the attorney for Henry A. Garcia in the above matter, which is scheduled for arraignment on Wednesday, September 12, 2007, at 12:00 p.m. Unfortunately, at that time, I am required to make a previously scheduled appearance in Part 80 of the New York State Supreme Court, Kings County, in the matter of People v. Wayne Francis, Ind. No. 4222/2006. Accordingly, I respectfully request that the above matter be adjourned to September 24, 2007, at 2:00 p.m. I have spoken with William Harrington, Esq., the Assistant Unites States Attorney assigned to this case, and he has no objection to this adjournment.

Respectfully submitted,

Steven J. Questore

cc: William Harrington, Esq. (by fax)

Adjournment Granted to 9/24/07 @ 2:00 P.M.

SO ORDERED:
Date: 9/11/07
Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07