```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                 Government,

                -against-

HENRY GARCIA,
                             Defendant(s).
------------------------------------------------------------X

07 CR. 851 (RMB)

**ORDER**

**Richard M. Berman, U.S.D.J.:**

    Effective January 10, 2008, C.J.A. attorney Bruce McIntyre is appointed as counsel for the Defendant.

Dated: New York, New York
       February 14, 2008

*RMB*
_____
Hon. Richard M. Berman, U.S.D.J.